M. P. No. 536. JOSEPH C. EVANS, JR. *v.* HAROLD V. LANGLOIS. Treating petitioner's request as a petition for a writ of habeas corpus, the petition is remanded to the Superior Court with direction that said Court forthwith proceed with an evidentiary hearing on the question of whether or not a writ of habeas cor-

pus should issue as prayed. *Joseph C. Evans, Jr.,* pro se, petitioner.